IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
    FILED
  JUL 2 3 2013
CLERK, U.S. DISTRICT COURT
By_____
        Deputy
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:13-CR-155-M (05) |
| | ) | |
| LAURA RODRIGUEZ | ) | |

# REPORT AND RECOMMENDATION
# CONCERNING PLEA OF GUILTY

LAURA RODRIGUEZ, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to Count(s) 1 and 2 of the Indictment. After cautioning and examining LAURA RODRIGUEZ under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty, and the plea agreement, be accepted, and that LAURA RODRIGUEZ be adjudged guilty and have sentence imposed accordingly.

Date: July 23, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).